**Joseph F. McLEOD, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

No. 2008–3335.

United States Court of Appeals, Federal Circuit.

March 23, 2009.

ON MOTION

*ORDER*

Petitioner, Joseph F. McLeod moves without opposition for reconsideration of the court's March 10, 2009, order dismissing the appeal for failure to file an appendix, and moves for leave to file the appendix.

Joseph F. McLeod has now submitted the appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 10, 2009 dismissal order is vacated, the mandate is recalled, and the notice of appeal is reinstated.

(2) The appendix is accepted for filing.